Opinion filed July 13, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed July 13, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00005-CV 

                                                    __________

 

     BIRDELL DAUGHTERY AND LESLIE DAUGHTERY,
INDIVIDUALLY                 

                          AND AS
REPRESENTATIVES OF THE ESTATE OF  

                                RETA  DAUGHTERY, DECEASED, Appellants

 

                                                             V.

 

   DAVID SCHIESSLER, CRNA; ABILENE DIAGNOSTIC
CLINIC P.L.L.C.;         

      ARMC, L.P. D/B/A ABILENE REGIONAL MEDICAL
CENTER; AND                                                         TRIAD-ARMC, L.L.C., Appellees

 



 

                                          On
Appeal from the 42nd District Court

 

                                                          Taylor County, Texas

 

                                                  Trial
Court Cause No. 46250-A

 



 

                                            M
E M O R A N D U M     O P I N I O N








Birdell Daughtery; Leslie Daughtery; Abilene
Regional Medical Center, L.P. d/b/a Abilene Regional Medical Center; and
Triad-ARMC, L.L.C. have filed in this court an agreement regarding
dismissal.  Both Birdell and Leslie have
entered into the agreement in their individual capacities as well as in their
capacities as representatives of the Estate of Reta Daughtery, deceased.  The agreement states that these parties have
agreed to dismiss their portions of this appeal.  The agreement specifically excludes Birdell
and Leslie=s appeal
concerning David Schiessler, CRNA and Abilene Diagnostic Clinic, P.L.L.C.

Therefore, Birdell Daughtery and Leslie Daughtery=s appeal as to Abilene Regional Medical
Center, L.P. d/b/a Abilene Regional Medical Center and Triad-ARMC, L.L.C. is
dismissed.  The remaining appeal is
styled Birdell Daughtery and Leslie Daughtery, individually and as
representatives of the Estate of Reta Daughtery, deceased v. David Schiessler,
CRNA and Abilene Diagnostic Clinic, P.L.L.C.

 

PER CURIAM

 

July 13, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.